IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Malibu Media, LLC, | Case No. 3:14 CV 2235 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Brian Greve, et al., | |
| Defendants. | |

This Court held a Phone Status on March 5, 2015. Counsel present: Yousef Faroniya for Plaintiff; Samir Dahman for Defendant Brian Greve.

Pending before this Court is Defendant Greve's Motion for Judgment on the Pleadings (Doc. 15). After consulting with counsel, it was agreed that the Motion would be dismissed without prejudice.

Plaintiff requested time to discuss filing a new Complaint or a resolution. Plaintiff is granted until **Friday, March 20, 2015** to complete settlement discussions. If there is no settlement, counsel agreed that the Complaint would be dismissed without prejudice, Plaintiff then having the option of filing a new Complaint.

IT IS SO ORDERED.

                                                        s/ *Jack Zouhary*
                                                        JACK ZOUHARY
                                                        U. S. DISTRICT JUDGE

March 5, 2015