| Corporation Details ||
|---|---|
| Entity Number | 2367677 |
| Business Name | MALIBU MEDIA, LLC |
| Filing Type | FOREIGN LIMITED LIABILITY COMPANY |
| Status | Active |
| Original Filing Date | 02/19/2015 |
| Expiry Date | |
| Location: | County:            State: CALIFORNIA |

| Agent / Registrant Information |
|---|
| C T CORPORATION SYSTEM<br>1300 EAST NINTH STREET<br>CLEVELAND, OH 44114<br>Effective Date: 02/19/2015<br>Contact Status: Active |

| Filings |||
|---|---|---|
| Filing Type | Date of Filing | Document Number/Image |
| REG. OF FOR. PROFIT LIM. LIAB. CO. | 02/19/2015 | 201505100838 |

# EXHIBIT B