IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

      Plaintiff,

Civil Action No. 3:14-cv-02235-JZ
Consolidated with
Civil Action No. 3:14-cv-02222-JZ

BRIAN GREVE,

      Defendant.
_____/

## ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Brian Greve's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Brian Greve's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case Civil Action No. 3:14-cv-02235-JZ is closed for administrative purposes.

SO ORDERED this 10th day of April, 2015.

By:     **/s/ Jack Zouhary**
**UNITED STATES DISTRICT JUDGE**